**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01365-CR

**TERRANCE GERMAINE WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-62224-X**

## ORDER

Appellant was convicted of capital murder and sentenced to life imprisonment on December 5, 2011. Appellant filed a notice of appeal on December 5, 2011[1] and a motion for new trial on December 28, 2011. The trial court certified appellant had the right to appeal. The trial court granted appellant's motion for new trial on January 25, 2012, and the State appealed. This Court vacated the trial court's order granting the new trial and reinstated the judgment of conviction. *State v. Wilkins*, No. 05-12-00154-CR (Tex. App.—Dallas Feb. 4, 2014, pet. ref'd) (mem. op., not designated for publication). This Court's mandate issued on June 13, 2014.

---

[1] Appellant's December 5, 2011 notice of appeal was not docketed as an appeal in this Court.

Appellant filed a second notice of appeal on February 11, 2014, which was forwarded to this Court on October 23, 2014.

Accordingly, we **DIRECT** the Clerk to transfer the clerk's and reporter's records, including all exhibits, from the appeal in cause no. 05-12-00154-CR into the above appeal.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing appellant's February 11, 2014 notice of appeal, as well as all other documents filed in the case from February 4, 2014 until the date of this order.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE